UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| NICHOLAS DAINIAK, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:19-CV-168-CEA-HBG |
| ) | |
| OAK RIDGE ASSOCIATED UNIVERSITIES, ) | |
| ("ORAU"), ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion to Substitute Counsel [Doc. 73], filed by Defendant. The Motion requests substitution of Attorney Mary Moffatt in place of Attorney Rebeca Murray. The Motion explains that Attorney Murray is leaving her employment with Wimberly Lawson Wright Daves & Jones, PLLC before the trial date in this case.

Because continuity of counsel is ensured, the Court finds the Motion to Substitute Counsel [**Doc. 73**] well taken, and it is **GRANTED**. *See also* E.D. Tenn. L.R. 83.4(f) ("Where a party is represented by multiple counsel of record, an attorney may withdraw, provided the party is still being represented by another attorney of record, upon the filing of a notice of withdrawal.") Attorney Murray is **RELIEVED** of her duties as defense counsel in this case, and Attorney Mary Moffatt is hereby **SUBSTITUED** as counsel of record. In addition, Attorney Howard Jackson remains as counsel of record for Defendant.

IT SO ORDERED.

ENTER:

*Bruce Guyton*
United States Magistrate Judge